# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARDURRA GROUP, INC.,** | CIVIL ACTION |
| *Plaintiff,* | |
| v. | No.: 19-cv-3238 |
| **DANIEL GERRITY,** | |
| *Defendant.* | |

## O R D E R

**AND NOW**, this 5th day of November, 2019, Defendant Daniel Gerrity's Motion to Reconsider this Court's Order of September 9, 2019, *(Docket No. #17)* is **HEREBY DENIED.**

                **BY THE COURT:**

                **/s/ Robert F. Kelly**
                **ROBERT F. KELLY**
                **SENIOR JUDGE**